UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB - 9 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

LEONA COSBY, )
)
    Plaintiff, )
)
v. ) Civil Action No. **12 0214**
)
SOCIAL SECURITY, )
)
    Defendant. )

## MEMORANDUM OPINION

This matter comes before the court on review of the plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The Court has reviewed the plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. See *Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendant of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

In its entirety, the complaint states:

> I am intitle [sic] to workers compensation. I came back to work and was termmeanated [sic]. Then was transferred over to SSI. 50 million.

Compl. at 2. What few factual allegations the plaintiff includes in her pleading are far too vague to establish an entitlement to the monetary damages she demands. As drafted, the complaint fails to comply with Rule 8(a), and it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

/s/ Amy B. Jackson
United States District Judge

DATE: 2/7/12